# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LESLIE BOYD** | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | No. 17-3195 |
| | : | |
| **CITY OF PHILADELPHIA, et. al.** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **31st** day of **March 2020**, upon consideration of Defendant MHM Services, Inc.'s Motion for Summary Judgment (ECF No. 47), Defendant Corizon Health Inc.'s Motion for Summary Judgment (ECF No. 48), Defendant City of Philadelphia's Motion for Summary Judgment (ECF No. 49), Plaintiff Leslie Boyd's Response (ECF No. 54), Defendant City of Philadelphia's Reply (ECF No. 55), Defendant MHM Services, Inc.'s Reply (ECF No. 56), and Defendant Corizon Health Inc.'s Reply (ECF No. 57), it is hereby **ORDERED** Defendants' Motions for Summary Judgment (ECF Nos. 47, 48, 49) are **GRANTED**.

The Clerk of Court is **DIRECTED** to **CLOSE** this matter.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**